COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



DAVID COURTADE,      §

              Appellant,      §

V.      §

EDWARD GREUTMAN,      §

              Appellee.      §

     §

No. 08-15-00017-CV

Appeal from the

County Court at Law No. 1

of Tarrant County, Texas

(TC# 2014-002847-1)

## MEMORANDUM OPINION

Pending before the Court is a joint motion filed by Appellant, David Courtade, and Appellee, Edward Greutman, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2)(A). The parties represent in their motion that they have reached an agreement to settle the dispute and request that this Court render judgment effectuating their Rule 11 agreement by dismissing the judgment signed by the trial court on August 26, 2014 and dismissing the appeal.

Rule 42.1(a)(2) permits an appellate court to dispose of an appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. TEX.R.APP.P. 42.1(a)(2). The joint motion asks that we render judgment dismissing the judgment of the trial court but it also seeks dismissal of the appeal. If we dismiss the appeal, however, we will not have the power to set aside the judgment of the trial court. In other words, the Court cannot do

both.  Rather than denying the joint motion, we will construe it as requesting that we set aside the judgment of the trial court.  This is consistent with the intent of the parties set forth in the Rule 11 agreement because it eliminates the trial court's judgment and concludes the appeal.  With this understanding, we grant the joint motion and set aside the judgment of the trial court.  Furthermore, in accordance with the parties' agreement, costs on appeal shall be taxed against the party incurring the same.  *See* TEX.R.APP.P. 42.1(d).


April 24, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.